# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEAH ZORNES**                                                                                        **PLAINTIFF**

v.                              Case No. 4:19-cv-00474-LPR

**THOMPSON TRANSPORTATION INC**, *et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is considered, ordered, and adjudged that judgment be entered in favor of Defendants on all claims.

IT IS SO ADJUDGED this 2nd day of November 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT